

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
TAMIR SALAND ■
MARK ROZENBERG ■
KENNETH WILLARD ▲ ■
CHRISTOFER MERRITT ▲ ■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 12, 2022

<u>Via ECF</u>
Hon. Pamela K. Chen
U.S. District Court, Eastern District of New York

  RE: *Dawkins v. Schott NYC Corp.*
    Case No.: 1:22-cv-3617
    <u>Plaintiff's Response to Pre-Motion Letter Re: Proposed Motion to Dismiss</u>

Dear Judge Chen,

 We represent the Plaintiff in the above-referenced matter. Having conferred with Defendant's counsel, we write pursuant to Your Honor's order of September 7, 2022, to propose a briefing schedule in the event that the Court deems a pre-motion conference unnecessary and instead orders the parties to brief Defendant's anticipated motion.

Our proposed briefing schedule is as follows:

Plaintiff's motion due October 25, 2022
Defendant's opposition due November 15, 2022
Plaintiff's reply due November 23, 2022

 We thank the Court for its kind consideration and courtesies.

           Respectfully Submitted,

           <u>/s/ Mark Rozenberg</u>
           By: Mark Rozenberg, Esq.