**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Elbert Dawkins, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | DOCKET NO. 22-cv-3617 (PKC) (TAM) |
| - vs. – | |
| Schott NYC Corp., | **NOTICE OF MOTION** |
| Defendant. | |

     PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant Schott NYC Corp., will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to bring the attached Motion to Dismiss on for hearing at such time and date as the Court may determine.

Dated: October 25, 2022

                                                Respectfully submitted,

                                                _____
                                                David Stein (DS 2119)
                                                STEIN & NIEPORENT LLP
                                                1441 Broadway, Suite 6090
                                                New York, New York 10018
                                                (212) 308-3444

                                                Attorneys for Defendant