

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 31, 2022

**Via CM/ECF**
Hon. Pamela K. Chen
U.S. Courthouse, Eastern Dist. N.Y.

  **RE:** *Dawkins v. Schott NYC Corp.*
     Case No.: 1:22-cv-03617-PKC-TAM

Dear Judge Chen,

  We represent the plaintiff in the above matter, and write with the consent of counsel for defendant Schott NYC Corp. to respectfully request that the briefing schedule entered on September 14, 2022, for Defendant's Motion to Dismiss be extended by 30 days.

  Per the schedule, Defendant served his motion on October 25, 2022. We ask that Plaintiff's opposition due date be extended from November 15 to December 15, 2022, and that Defendant's reply also be extended from November 23 to December 23.

  This is the first such request in this matter.

  We thank Your Honor and the Court for its kind considerations and courtesies.

            Respectfully submitted,

            *s/ Mark Rozenberg*
            Mark Rozenberg, Esq.

cc: All Counsel of Record via ECF